1  RICHARD M. FOSTER (SBN 93909)
   richard@rmflaw.com
2  **LAW OFFICES OF RICHARD M. FOSTER**
   5429 Cahuenga Boulevard
3  North Hollywood, CA 91601
   Telephone: (818) 508-1500
4  Facsimile:  (818) 508-1529

5  Attorneys for Plaintiff
   NUNE SHAKHRAMANYAN
6

7  PHILLIP A. TALBERT
   United States Attorney
8  JOSEPH B. FRUEH
   Assistant United States Attorney
9  501 I Street, Suite 10-100
   Sacramento, CA 95814
10 E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
11 Facsimile:  (916) 554-2900

12 Attorneys for Defendant
   UNITED STATES OF AMERICA
13

14

15               IN THE UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17

18 | NUNE SHAKHRAMANYAN,           | No. 1:23-cv-01010-MCE-AC |
19 |          Plaintiff,           | **STIPULATION AND ~~PROPOSED~~ ORDER FOR RULE 35 PHYSICAL EXAMINATION** |
20 |     v.                        |  |
21 | UNITED STATES,                |  |
22 |          Defendant.           |  |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiff Nune Shakhramanyan will undergo a physical examination conducted by Dr. Michael Hembd, M.D., at 2600 W. Olive Avenue 5th Floor, Suite 500, Burbank, CA 91505. The examination will occur on October 4, 2024, at 11:00 a.m. The examination will take approximately one to two hours to complete.

2. Dr. Hembd will conduct a standard musculoskeletal examination to assess the injuries that Plaintiff attributes to the accident that occurred on June 29, 2020, to include her head, neck, chest and abdomen, cervical and thoracic spine, parietal bone, basilar skull, shoulder, clavicle, hand, and wrist. and spine. The examination will include a detailed medical history.

3. Plaintiff shall answer relevant and appropriate inquiries made by Dr. Hembd so that he can medically evaluate the nature, extent, and cause of Plaintiff's condition as well as her prognosis. Dr. Hembd's inquiries shall be reasonably calculated to elicit information about the nature, extent, cause, and prognosis of Plaintiff's injuries.

4. Plaintiff will not be required to perform movements or exercises that cause her pain. Plaintiff shall inform Dr. Hembd and stop any movements or exercises that cause her pain.

5. Two American Sign Language ("ASL") interpreters provided by Cal Interpreting & Translations shall be present during the examination to facilitate communication between Plaintiff and Dr. Hembd.

6. Other than Dr. Hembd, Plaintiff, Plaintiff's sister Narine Shakhramanyan, and the ASL interpreters, no other observers will be permitted in the examination. No audiovisual recording of the examination will be permitted.

7. Dr. Hembd shall receive a copy of this executed Stipulation.

8. Defendant shall provide Plaintiff's counsel with a report of the examination consistent with Federal Rules of Civil Procedure 35(b) and 26(a)(2) and the Court's Scheduling Order.

///

///

///

9. The cost of the examination and ASL interpreters shall be borne by the Defendant.

Dated:                                                              LAW OFFICES OF RICHARD M. FOSTER

By: _____
RICHARD M. FOSTER

Attorneys for Plaintiff
NUNE SHAKHRAMANYAN


PHILLIP A. TALBERT
United States Attorney

By: _____
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

**IT IS SO ORDERED**

Dated: September 18, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE